**COMMERCE BANK OF K.C., N.A., and Hamilton G. Oppenheimer, Successor co-Trustees of the H.L. Oppenheimer Trust under Trust Agreement dated October 9, 1985, as amended and Guedaliahou ("Gill") Shiva, Respondents,**

v.

**Ann HUTTON and Nancy Bower, Appellants.**

**No. WD 42882.**

Missouri Court of Appeals, Western District.

Oct. 2, 1990.

Patrick K. McMonigle, and Michael L. Helt, of Dysart Taylor Penner, Lay & Lewandowski, P.C., Kansas City, for appellants.

Craig E. Gustafson, and Clyde W. Curtis, of Shook, Hardy & Bacon, Kansas City, for respondents.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

## ORDER

PER CURIAM:

Direct appeal from a judgment ordering sale of real property subject to a suit for partition.

Judgment affirmed. Rule 84.16(b).